JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

MAR - 1 2007

07 MAR 23 AM 11: 37

FILED
CLERK'S OFFICE

OFFICE OF THE CLERK

**DOCKET NO. 1742**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

*Trista L. Pierce v. Johnson & Johnson, et al.,* D. Nebraska, C.A. No. 8:07-73

### CONDITIONAL TRANSFER ORDER (CTO-32)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 432 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 1 9 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**RECEIVED**

MAR 2 3 2007

CLERK
U.S. DISTRICT COURT
OMAHA

# INVOLVED COUNSEL LIST (CTO-32)
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

Janet G. Abaray
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
312 Walnut Street
Suite 2090
Cincinnati, OH 45202

Julie A. Callsen
Tucker Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1475

H. Blair Hahn
Richardson Patrick Westbrook & Brickman LLC
P.O. Box 1007
Mt Pleasant, SC 29465

Jamie G. Scholz
Shasteen Scholz Law Firm
840 North 48th Street
Lincoln, NE 68504-3301

Susan M. Sharko
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047